# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:05CR240** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **DONALD JOSEPH TRUJILLO,** ) | |
| ) | |
| **Defendant.** ) | |

The Clerk's Office has requested that document Number 7 be stricken from the Record for the following reason:

( X )   The entry does not have a Notice of Electronic File Stamp (NEF).

**IT IS ORDERED** that the Clerk's Office shall strike document Number 7 from the record and re-docket the entry.

DATED this 24th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge