# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR240 |
| | ) | |
| DONALD JOSEPH TRUJILLO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the Government's motion to withdraw warrant (Filing No. 14) is granted. The United States Marshal shall return the warrant unexecuted.

**IT IS FURTHER ORDERED** that an arraignment is scheduled on **July 8, 2005 at 1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present pursuant to Fed. R. Crim P. 43(a)(1).

DATED this 29th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge