IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR240 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| DONALD JOSEPH TRUJILLO, | ) | THE INDICTMENT |
| | ) | REGARDING |
| | ) | DONALD JOSEPH TRUJILLO |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, DONALD JOSEPH TRUJILLO, pursuant to Motion of the United States (Filing No. 24).

DATED this 8th day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge